# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:18CR148-MOC-DSC

UNITED STATES OF AMERICA

v.

SAUNDRA TORRENCE

## UNOPPOSED MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE

NOW COMES defendant Saundra Torrence, through counsel, and moves this Court to amend her conditions of supervised release to substitute curfew and electronic monitoring for house arrest. In support of this motion, the defense shows the Court:

1. Assistant U.S. attorney Dan Ryan has been consulted and does not object to this motion.

2. On March 11, 2019, this Court sentenced Ms. Torrence to a term of 6 months in the Bureau of Prisons followed by a term of supervised release with a special condition of 6 months house arrest.

3. Ms. Torrence has now served the active portion of her sentence and is on supervised release. As noted in the PSR, her health is poor and she makes numerous visits to physicians. Because of this, the requirement of house arrest is unduly burdensome.

4. U.S. Probation officer Gerald Patton, who is supervising Ms. Torrence, reports that a suitable option would be a curfew with location monitoring. Mr.

1

Patton is willing to supervise Ms. Torrence under these terms.

WHEREFORE, the defense moves that the terms of conditions of supervised release be amended to substitute curfew and electronic monitoring for house arrest.

Dated: December 10, 2019

/s/ Noell Tin
Noell P. Tin
TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: 704-338-1220
F: 704-338-1312
ntin@tinfulton.com

COUNSEL FOR MS. TORRENCE

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

        Daniel S. Ryan
        Assistant United States Attorney
        daniel.ryan@usdoj.gov

Dated: December 10, 2019

        /s/ Noell P. Tin