UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:18-CR-00148-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SAUNDRA TORRENCE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Amend Conditions of Supervised Release (#36). In September 2018, Defendant pleaded guilty to one count of making false entries as an employee of First Legacy Community Credit Union, violating 18 U.S.C. § 1006. The Court imposed a below-Guidelines sentence of six months' imprisonment, followed by a term of supervised release with a special condition of six months of home detention.

Defendant has completed the active portion of her sentence and is now on supervised release. Citing poor health and "numerous visits to physicians," Defendant represents that "house arrest is unduly burdensome" and thus requests the Court to "amend her conditions of supervised release to substitute curfew and electronic monitoring for house arrest." (#36). Defendant indicates the United States Probation Office believes this amendment is "suitable." Still, Defendant has not submitted any firsthand statement from that office, nor has she submitted any evidence of her numerous hospital appointments. Accordingly, the Court will hold this motion in abeyance pending submission of such evidence.

# ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Amend Conditions of Supervised Release (#36) will be held in **ABEYANCE**, pending her submission of further evidence.

Signed: December 19, 2019

Max O. Cogburn Jr
United States District Judge