# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:18CR148-MOC-DSC

UNITED STATES OF AMERICA

v.

SAUNDRA TORRENCE

## SUPPLEMENT TO UNOPPOSED MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE

NOW COMES defendant Saundra Torrence, through counsel, and supplements her previously filed motion [Doc. 36] in response to this Court's order requesting further documentation as follows:

1. Regarding upcoming medical appointments, Ms. Torrence has submitted the following to United States Probation Officer Gerald Patton:

   a. Today at 8:45 a.m., Ms. Torrence is scheduled to meet with Dr. Swetha Gujja, an oncologist with Southern Oncology Specialists in Huntersville, to review the results of a recent CT Scan for possible cancer.

   b. On January 2 at 8:30 a.m., Ms. Torrence has an appointment at Horizon Eye Care in Charlotte regarding possible cataracts.

   c. On January 6 at 9:15 a.m., Ms. Torrence is scheduled to see Dr. Jonathan Fisher, a cardiologist affiliated with Novant Health, regarding arterial blockages and possible need for a pacemaker.

1

d. Future appointments will depend on the results of these tests and appointments.

2. Ms. Torrence has required significant medical treatment for some time. At the time of sentencing, medical records established that she was under the care of Barbara E. Meyer, MD for the following conditions: Type II Diabetes Mellitus, bilateral foot pain, shoulder pain, Dyslipidemia associated with Type II Diabetes Mellitus, right wrist pain, arthroscopy of shoulder, protrusion of lumbar intervertebral disc, degeneration of intervertebral disc at L5-S1 level, low back pain radiating to right leg, lumbar radiculopathy, right herniated nucleus pulposus L5-S1, right pulmonary nodule, dizziness, new onset atrial flutter, pneumothorax after biopsy, acute sinus infection, allergic rhinitis, sinus headache, malignant neoplasm of lower lobe of right lung, and lung cancer on lower lobe. Based on this, the Bureau of Prisons designated Ms. Torrence to serve the active portion of her sentence at FMC Carswell, the medical center for women located in Fort Worth, Texas.
3. Regarding a firsthand statement from U.S. Probation Officer Gerald Patton, Mr. Patton advises that he is now on leave until January 6, 2020, and will make the necessary submission after he returns to work.

Dated: December 23, 2019

        /s/ Noell Tin
        Noell P. Tin
        TIN FULTON WALKER & OWEN PLLC
        301 East Park Avenue
        Charlotte, NC 28203
        T: 704-338-1220
        F: 704-338-1312
        ntin@tinfulton.com

        COUNSEL FOR MS. TORRENCE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

> Daniel S. Ryan
> Assistant United States Attorney
> daniel.ryan@usdoj.gov

Dated: December 23, 2019

/s/ Noell P. Tin