# UNITED STATES DISTRICT COURT
## NORTH CAROLINA WESTERN
PROBATION OFFICE

**Lisa G. Morris**
Chief Probation Officer

**Dwayne Capps**
Deputy Chief Probation Officer II

**Keith S. Snyder, II**
Assistant Deputy Chief Probation Officer

January 17, 2020

*Reply to:*
Gerald Patton
200 S. College Street
Suite 1650
Charlotte, NC 28202-2005

Tel: (704) 350-7600
Fax: (704) 350-7629



**Noell P. Tin**
Tin Fulton Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203

RE: **Saundra Torrence**
Case# 3:18-cr-00148-MOC-DSC-1

Dear Mr. Tin:

This is in response to the courts request for additional information from the United States Probation Office, regarding your motion to modify the original terms of the supervised release to reflect a curfew with location monitoring in lieu of home detention.

On December 2, 2019, contact was made with Mrs. Torrence at her place of residence, in order to conduct an Assessment & Orientation Interview, in addition to enrolling her in the location monitoring program. Part of the assessment process includes a detailed review of the presentence report in order to aid the supervising officer in developing a case plan to effectively supervise a person under community sanction supervision. The assessment tool that is utilized is an objective instrument that provides a consistent and valid method of predicting risk of re-arrest and reconviction during the term of supervised release. The case plan process also consists of a review of the individuals social summary information, substance abuse history, mental health history and medical history in order to determine if any additional supervision services are needed. The overall objective of the assessment process is to direct all our program resources toward the greater need.

Based on my initial interview and assessment of Mrs. Torrence, she is classified as a low risk offender. Additionally, she has a host of medical issues that require weekly appointments. After careful consideration it is my opinion that Mrs. Torrence, supervision objectives could best be addressed with a modification of the original judgement to reflect a curfew with location monitoring supervision. The United States Probation Office would respectfully request that the curfew hours be at the discretion of the officer.

If you should have any questions or need additional information, please feel free to contact me at 704-681-3440.

*Gerald L. Patton*

Gerald L. Patton

Sr. United States Probation Officer

WD/NC Location Monitoring Officer in Charge