# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:18-CR-00148-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| vs. | ) |
| | ) **ORDER** |
| **SAUNDRA TORRENCE,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Probation (#36). In September 2018, Defendant pleaded guilty to one count of making false entries as an employee of First Legacy Community Credit Union, violating 18 U.S.C. § 1006. The Court imposed a below-Guidelines sentence of six months' imprisonment, followed by a term of supervised release with a special condition of six months of home detention.

Defendant completed the active portion of her sentence and is now on supervised release. Citing poor health and "numerous visits to physicians," she represents that "house arrest is unduly burdensome" and thus requests the Court to "amend her conditions of supervised release to substitute curfew and electronic monitoring for house arrest." (#36). On December 20, 2019, the Court held Defendant's motion in abeyance pending her submission of supporting evidence. (#37). Thereafter, Defendant filed a supplement to her motion detailing her treatment and upcoming appointments. (#38). The U.S. Probation Office also filed a letter of support, recognizing she is "a low risk offender" and "has a host of medical issues that require weekly appointments." (#39).

Having considered the unopposed motion and supporting evidence, the Court now enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Modify Conditions of Probation (#36) is **GRANTED**, and Defendant's probation conditions are hereby **AMENDED** to substitute curfew and electronic monitoring in lieu of the house arrest condition. Curfew hours shall be determined by Defendant's probation officer. Defendant shall otherwise abide by all previously imposed conditions.

Signed: January 30, 2020

Max O. Cogburn Jr.
United States District Judge